# Nos. 21-55118, 21-55157

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Christopher Garnier & Kimberly Garnier,

*Plaintiffs–Appellees–Cross-Appellants,*

v.

Michele O'Connor-Ratcliff & T.J. Zane,

*Defendants–Appellants–Cross-Appellees.*

On appeal from the United States District Court for the
Southern District of California — No. 3:17-CV-02215-BEN-JLB (Benitez, R.)

On remand from the Supreme Court of the United States

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS–APPELLEES–CROSS-APPELLANTS AND AFFIRMANCE OF THE DISTRICT COURT'S DECISION**

David Greene
Sophia Cope
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org

Katherine Fallow
Stephanie Krent
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS–APPELLEES–CROSS-APPELLANTS AND AFFIRMANCE OF THE DISTRICT COURT'S DECISION**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Ninth Circuit Rule 29-3, proposed amici curiae the Knight First Amendment Institute at Columbia University ("Knight Institute" or "Institute") and the Electronic Frontier Foundation ("EFF") move for leave to file an amicus brief in this case in support of Plaintiffs–Appellees–Cross-Appellants. The proposed brief, which is less than one-half of the maximum length authorized for the parties' supplemental briefs, is attached to this motion. Counsel for the parties have consented to the filing of this proposed amicus brief.

In support of their motion, proposed amici state as follows:

Proposed amici, two nonprofit legal organizations dedicated to protecting and strengthening public discourse online, have extensive experience with the development of the law addressing social media blocking by government actors. The Knight Institute is a non-partisan, not-for-profit organization that works to defend the freedoms of speech and the press in the digital age through strategic litigation, research, and public education. The Institute is particularly committed to protecting the integrity and vitality of online forums in which citizens communicate with each other and government representatives about matters of public concern, and it has represented plaintiffs in social media blocking cases involving government actors

and entities. *See, e.g.*, *People for the Ethical Treatment of Animals v. Tabak*, No. 23-5110 (D.C. Cir. 2023). The Institute has also participated in oral argument as amicus to address questions about state action and public officials' use of social media, most recently participating in *Lindke v. Freed* following the Supreme Court's remand of that case in light of its March 15, 2024 opinion. *See* Oral Arg. Recording at 13:06, *Lindke v. Freed*, No. 21-2977 (6th Cir. 2024), available at https://www.opn.ca6.uscourts.gov/internet/court_audio/aud1.php; *see also Campbell v. Reisch*, 986 F.3d 822 (8th Cir. 2021).

EFF has, for over 30 years, worked on behalf of its more than 30,000 dues-paying members to protect the rights of users to transmit and receive information online. EFF has written extensively on the issues presented in this appeal and has filed amicus briefs in similar cases, including in the Supreme Court in *Lindke v. Freed*, 601 U.S. 187 (2024), and in this case, 601 U.S. 205 (2024), as well as additional circuit cases. It has represented plaintiffs in social media blocking cases involving government accounts, including *People for the Ethical Treatment of Animals, Inc. v. Young*, No. 4:18-cv-01547 (S.D. Tex. 2018), and *People for the Ethical Treatment of Animals, Inc. v. Young*, No. 4:20-cv-02913 (S.D. Tex. 2020).

Proposed amici have a vested interest in the outcome of this case because it represents the first time that the Ninth Circuit will consider the application of the state action test announced by the Supreme Court in its opinion in *Lindke v. Freed*

and in this case. Proposed amici submit that their expertise on the issues before the Court would be valuable to the Court in interpreting and applying the Supreme Court's state action test.

For these reasons, proposed amici respectfully request that this Court grant them leave to appear as amici curiae, and to file the attached brief for consideration by the Court.

Dated: August 2, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ *Katherine Fallow*
　　　　　　　　　　　　　　　　　　Katherine Fallow
　　　　　　　　　　　　　　　　　　Stephanie Krent
　　　　　　　　　　　　　　　　　　Knight First Amendment Institute at
　　　　　　　　　　　　　　　　　　 Columbia University
　　　　　　　　　　　　　　　　　　475 Riverside Drive, Suite 302
　　　　　　　　　　　　　　　　　　New York, NY 10115
　　　　　　　　　　　　　　　　　　(646) 745-8500
　　　　　　　　　　　　　　　　　　katie.fallow@knightcolumbia.org

　　　　　　　　　　　　　　　　　　*Attorneys for Amici Curiae*

3

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 515 words. I further certify that this motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.


Dated: August 2, 2024

                                            /s/ *Katherine Fallow*
                                            Katherine Fallow

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: August 2, 2024

                                            /s/ *Katherine Fallow*
                                            Katherine Fallow