**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER GARNIER and KIMBERLY GARNIER, Plaintiffs – Appellees/Cross-Appellants, v. MICHELLE O'CONNOR-RATCLIFF and T.J. ZANE, Defendants – Appellants/Cross-Appellees. | Nos. 21-55118, 21-55157 D.C. No. 3:17-cv-02215-BEN-JLB U.S. District Court for Southern California, San Diego **ORDER** |

The amicus brief submitted by Knight First Amendment Institute at Columbia University and Electronic Frontier Foundation on August 1, 2024 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT