UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, <br><br> Defendants-Appellants. | No. 21-55118 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB <br> Southern District of California, San Diego <br><br> ORDER |
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, <br><br> Defendants-Appellees. | No. 21-55157 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB |

Before: BERZON, TALLMAN, and FRIEDLAND, Circuit Judges.

The parties shall provide the court with the following Poway Unified School District Board of Education Bylaws in effect as of October 1, 2017: BB 9000, BB 9010, and BB 9012. The Bylaws shall be submitted no later than 14 days after entry of this order.