**CASE NOS. 21-55118 ; 21-55157**
**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

CHRISTOPHER GARNIER; KIMBERLY GARNIER,
Plaintiffs-Appellees

v.

MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE,
Defendants-Appellants

---

CHRISTOPHER GARNIER; KIMBERLY GARNIER,
Plaintiffs-Appellants,

v.

MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE,
Defendants-Appellees;

---

Cross Appeals from the United States District Court,
Southern District of California
The Honorable Roger T. Benitez
District Court No. 3:17-cv-02215-BEN-JLB

---

**JOINT SUBMISSION OF REQUESTED BYLAWS**

---

*Cory J. Briggs (SBN 176284)
BRIGGS LAW CORPORATION
99 East "C" Street, Suite 203
Upland, CA 91786
Telephone: (909) 949-7115
Email: cory@briggslawcorp.com

Attorneys for Plaintiffs and Plaintiffs/Appellees
CHRISTOPHER GARNIER AND KIMBERLY GARNIER

In response to this Court's order dated February 26, 2025, the parties now apprise the Court as follows:

The order requests Bylaws BB 9000, BB 9010, and BB 9012 of the Poway Unified School District Board of Education in effect as of October 1, 2017. Counsel for Appellants Michelle O'Connor-Ratcliff and T.J. Zane has learned from the District, and communicated to counsel for Appellees Christopher Garnier and Kimberly Garnier, that Bylaws BB 9000, BB 9010, and BB 9012 were adopted in their current form by the District's governing board on June 28, 2018.

The predecessors to BB 9000 and BB 9012 are attached to this submission. The District is unable to locate a copy of the predecessor to BB 9010, and thus the parties are unable to comply with the order in relation to BB 9010. However, the parties, based on their prior familiarity with the subject matter of all three Bylaws, represent to the Court that those portions of the predecessor versions relevant to the subject matter of this lawsuit are substantially the same as the current versions.

Counsel for Appellants has authorized Appellees' counsel to submit this filing with the former's e-signature.

Dated: March 6, 2025.  Respectfully submitted,

ARTIANO SHINOFF

By: s/ Daniel R. Shinoff

Attorneys for Defendants/Appellants Michelle O'Connor-Ratcliff and T.J. Zane

BRIGGS LAW CORPORATION

By: s/ Cory J. Briggs

Attorneys for Plaintiffs/Appellees Christopher Garnier and Kimberly Garnier

| | |
|---|---|
| **POWAY UNIFIED SCHOOL DISTRICT** <br> **BOARD POLICY** | **Originator:** Superintendent <br> **Issue No:** 4 <br> **Date:** 10/13/08 <br> **Page:** 1 of 1 |
| **ARTICLE: 1.0  GOVERNING BOARD** | **Reference:** |

**SECTION  1.10  COMMUNICATION**

Requests from Board members for information should be directed to the Superintendent or members of Superintendent's Cabinet.  From time–to-time, necessary requests may be made directly to staff members with the understanding that the staff will honor the request, or the item may be referred to the Superintendent and/or the entire Board for a decision.

Requests by individual Board members for reports which require significant effort on the part of the staff shall be made with the consent of the majority of the Board at a legally-constituted meeting.  It is the Board's desire that reports submitted in answer to queries from individual Board members, or groups of members, be provided to each member.

The intent of this section is to maintain a strong line-staff relationship, yet allow reasonable access to information.

**Written Communication**:  Every signed, written communication addressed to, or signed in the name of the Board of Education, shall be made available in full to each member of the Board either by exact copies as advance information or by reading aloud in full by the secretary, the clerk, or the president of the Board at a legal meeting of the Board, or by circulation of such communication among the members at a meeting of the Board, or by inclusion in the agenda.

In adopting this section of policy, the Board affirms the right of District stakeholders, employees, and others to address the Board without intervention and asserts its right and desire to receive all information which has been directed to its attention.  Communication of a clearly routine nature from other governmental agencies are exempted from the requirements, provided, however, that the Board shall be given a brief summary of their contents.

Official communication from the Board may be signed in the name of the Board of Education by the Chief Executive Officer/Superintendent/Secretary.

**Employee Communication**:  Individual employees within an exclusive representative unit do not have the right to address the Board on matters within the scope of representation.

Organizational presentations regarding topics within the scope of negotiations will not be presented to the Board.  The Board will assign an administrative representative(s) to deal with the meeting and negotiate the process.

Issue 3:  4/22/91

| | |
|---|---|
| **POWAY UNIFIED SCHOOL DISTRICT** <br> **BOARD POLICY** <br><br><br> **ARTICLE: 1.0  GOVERNING BOARD** | **Originator:** Superintendent <br> **Issue No:** 5 <br> **Date:** 10/13/08 <br> **Page:** 1 of 5 <br> **Reference:** EC 17604, 35010, 35020, 35031; GC 53260-53262, 54957 |

**SECTION  1.7  MAJOR FUNCTIONS AND RESPONSIBILITIES**

The Governing Board believes that its primary responsibility is to act in the best interests of all students in the District.  The Board also has major commitments to parents/guardians, all members of the community, employees, the state of California, laws pertaining to public education, and established policies of the District.  To maximize Board effectiveness and public confidence in District governance, Board members are expected to govern responsibly and hold themselves to the highest standards of ethical conduct.  The Board functions as the legislative or policy-making body of the school District, with the District Superintendent acting as the Chief Executive Officer of the Board.  The Board shall reserve for itself the making of discretionary decisions and shall delegate to the Superintendent the carrying out of management matters.  The Board shall be responsible for the organization and operation of the schools of the District in conformity with the statutes of the State of California.

The Board shall work with the Superintendent to fulfill its major responsibilities, which include:

1. Setting the direction for the District through a process that involves the community, parents/guardians, students, and staff and is focused on student learning and achievement

2. Establishing an effective and efficient organizational structure for the District by:

    a. Employing the Superintendent and setting policy for hiring of other personnel

    b. Overseeing the development and adoption of policies

    c. Overseeing academic expectations and adopting the curriculum and instructional materials

    d. Overseeing budget priorities and adopting the budget

    e. Ensuring safe, adequate facilities that support the District's instructional program

    f. Setting parameters for negotiations with employee organizations and ratifying collective bargaining agreements

3. Providing support to the Superintendent and staff as they carry out the Board's direction by:

    a. Establishing and adhering to standards of responsible governance

    b. Making decisions and providing resources that support District priorities and goals

    c. Upholding Board policies

    d. Being knowledgeable about District programs and efforts in order to serve as effective spokespersons

4. Ensuring accountability to the public for the performance of the District's schools by:

    a. Evaluating the Superintendent and setting policy for the evaluation of other personnel

    b. Monitoring and evaluating the effectiveness of policies

Issue 4:  4/22/91

  c. Serving as a judicial (hearing) and appeals body in accordance with law, Board policies, and negotiated agreements

  d. Monitoring student achievement and program effectiveness and requiring program changes as necessary

  e. Monitoring and adjusting District finances

  f. Monitoring the collective bargaining process

5. Providing community leadership and advocacy on behalf of students, the District's educational program, and public education in order to build support within the local community and at the state and national levels

The Board is authorized to establish and finance any program or activity that is not in conflict with, inconsistent with, or preempted by law.

**Legislative Function**: In the exercise of the legislative function, the Board shall determine the basic policies governing the operation of the District and its educational program. The Board will direct the Superintendent in handling issues which may need clarification beyond the policy statement. The Board will act on each necessary issue as required by law in facilitating the operations of the District.

In the process of making its determination of policy, the Board asserts its desire and its right to avail itself of the expert advice and counsel of its staff, particularly, but not exclusively, that of the District Superintendent and also to have the benefit of the opinions and suggestions of the residents of the District. This willingness to consider recommendations as to policy should be construed neither as a surrender of the Board's authority nor as an evasion of its responsibility.

**Evaluation Function**: The Board shall appraise the effectiveness of its own policies in the operation of the District's educational program and shall appraise and evaluate the effectiveness of the entire program within the District. This function shall provide the basis for continuing reviews of all Board policies or for a review and subsequent change of those policies in the interest of a better program.

In discharging its appraisal and evaluative functions, the Board of Education reserves the right to arrange for the employment of independent experts in the field of public education to survey, evaluate, and report on the operation of the District. The reports of such independent surveys shall be public records of the District, open and available at reasonable times to review by the District's stakeholders and personnel.

**Superintendent Employment Function**: The Board recognizes that it has a direct responsibility to select and employ the Superintendent. Whenever it becomes necessary for the Board to fill a vacancy in the position of Superintendent, the Board shall work diligently to employ a person whose management and leadership abilities are most closely aligned with District needs.

As the chief executive officer of the District, the Superintendent shall implement all Board decisions and manage the instructional and non-instructional operations of the schools. The Superintendent also serves as a member of the District's governance team and has responsibilities to support Board operations and decision making. The Superintendent may delegate any of his/her responsibilities and duties to other District staff but he/she remains accountable to the Board for all areas of operation under the Superintendent's authority.

The Board shall designate a representative to negotiate with the Superintendent on its behalf and shall consult legal counsel to draft the contract document. The Board shall deliberate in closed

session about the terms of the contract. Terms of the contract shall remain confidential until the ratification process commences. The Board shall ratify the Superintendent's contract in an open meeting, which shall be reflected in the Board's minutes. Copies of the contract shall be available to the public upon request. The contract shall include, but not be limited to, provisions for salary and benefits, annual evaluations, term of the contract, and conditions for termination of the contract. The contract should also include general responsibilities and duties of the Superintendent. The term of the contract shall be for no more than four years. During the term of the contract, the Board may re-employ the Superintendent on those terms and conditions mutually agreed upon by the Board and Superintendent. The Superintendent's contract shall be extended only by Board action and subsequent to a satisfactory evaluation of the Superintendent's performance.

The Superintendent's contract shall include a provision specifying the maximum cash settlement that the Superintendent may receive upon termination of the contract. However, if the unexpired term of the contract is greater than 18 months, the maximum cash settlement shall be no more than the Superintendent's monthly salary multiplied by 18. The cash settlement shall not include any non-cash items other than health benefits, which may be continued for the unexpired term of the contract up to 18 months or until the Superintendent finds other employment, whichever occurs first. If the Board terminates the Superintendent's contract upon its belief and subsequent confirmation pursuant to an independent audit that the Superintendent has engaged in fraud, misappropriation of funds, or other illegal practices, the maximum settlement shall be within the limits prescribed by law, as determined by an administrative law judge.

**Evaluation of Superintendent**: The Board recognizes that a harmonious working relationship between the Board and the Superintendent is essential to a well-directed school system. Such a relationship is based on mutual respect, understanding, confidence, and dedication to similar educational goals. Once having employed a Superintendent, the Board shares in the responsibility for a successful working relationship.

It is the Board's responsibility to provide the Superintendent with an annual formal evaluation which clearly defines its understanding of the performance of duties. The written evaluation shall be delivered to the Superintendent and the Superintendent shall have the right to make a written response to the evaluation, which shall become a permanent attachment to the Superintendent's personnel file.

The Board of Education shall conduct the annual evaluation of the Superintendent by the end of June each year; however, this annual evaluation does not preclude the Board from evaluating the Superintendent as often as it may deem necessary. The basis for an evaluation of the Superintendent shall be mutually-set goals and objectives approved by the Board prior to October 1 each year.

Concurrently with the evaluation of the Superintendent, the Board shall evaluate the educational program as a means of determining the educational leadership and management skills of the Superintendent.

The Board recognizes that the Superintendent possesses authority and expects utilization of this authority in serving the District. The Board encourages the Superintendent's delegation of responsibility to others so that they may better lead, teach, and serve.

The Board recognizes that its contract with the Superintendent may contain criteria against which the Superintendent must be evaluated. The criteria for evaluation of the Superintendent will include progress toward agreed-upon goals and objectives and may also include:

1. Board Relations

| ARTICLE: | 1.0 | GOVERNING BOARD | Page 4 of 5 |
|---|---|---|---|
| SECTION | 1.7 | MAJOR FUNCTIONS AND RESPONSIBILITIES | |

2. Learning Support Services
3. Personnel Support Services
4. Business Support Services
5. Community Relations
6. Staff Relations
7. Professional and Leadership Development

The Board recognizes that its ability to evaluate the Superintendent requires maintaining, individually and collectively, open lines of communication with the Superintendent.

In the event that the Board's overall evaluation of the Superintendent's performance is satisfactory, or better, the Board shall meet and consider whether, in its discretion, or by contract, the Superintendent's salary shall be increased beyond the current terms for the remaining term of the agreement and whether the term of the agreement shall be extended for an additional term of years.

In the event that the Board determines that the performance of the Superintendent is unsatisfactory in any respect, it shall describe in writing, in reasonable detail, indicating specific instances, when appropriate, of said unsatisfactory performance. The evaluation shall include recommendations as to areas of improvement in each instance where the Board deems performance to be unsatisfactory and all other instances where the Board deems such to be necessary or appropriate.

Whenever the Board has evaluated performance, in whole or in part, to be unsatisfactory, or has made recommendations as to areas of improvement, the Board may direct one or more members of the Board, consistent with the provisions of the Brown Act, to meet with the Superintendent and endeavor to assist the Superintendent in improving his performance as to such matters. Said committee shall report in writing to the full Board within ninety (90) days. Thereafter, the Board may continue the committee and require additional reports where necessary.

Care should be taken to keep the matter under discussion objective and free from emotion or recrimination. Every care shall be taken to provide due process.

All parties involved shall maintain confidentiality as it pertains to the evaluation of the Superintendent.

**Employment of Personnel**: The Board of Education has the responsibility of employing all necessary personnel for the District upon recommendation of the Superintendent. No contract of employment or agreement with respect to employment made by any employee or agent of the District shall be binding upon the District except by action of the Board of Education in a regular, or adjourned regular, or legally-called special meeting of the Board of Education.

This shall apply to persons who are to be employed full-time or part-time by the District and persons employed by the Board as independent contractors; such as, architects, building inspectors, public accountants, appraisers, surveyors, consultants, and the like.

The Board shall fix the rate of compensation for all employees and shall employ or dismiss employees upon the recommendation of the Superintendent. If the Board does not concur with the Superintendent's recommendation on a specific personnel matter, it shall request a second recommendation for its next regular meeting.

**Financial Control**: The Governing Board recognizes that the business and other non-instructional operations of the District support the educational program by maximizing and prioritizing resources and providing a safe and healthy environment for students and staff. The Superintendent, or designee, shall ensure that the District's business and non-instructional operations are efficient and responsive to the needs of students, parents/guardians, staff, and the community.

The Board expects sound fiscal management from the administration. The Superintendent, or designee, shall provide fiscal data and prepare a proposed budget document within the budget priorities and parameters set by the Board. The Board shall adopt a budget that is aligned with the District's vision and goals and enables the District to meet its fiscal obligations. The Superintendent, or his designee, shall administer the adopted budget in accordance with Board policies and accepted business practices. The Board shall monitor financial operations to ensure the District's fiscal integrity and accountability to the community.

The Superintendent, or designee, shall complete all required financial reports, facilitate the independent audit process, recommend financial plans for meeting program needs, and keep the Board informed about the District's fiscal and non-instructional operations.
The Board shall delegate to the Superintendent, or his designee, the responsibility of managing the financial control system.

**Educational Program**: The Board of Education accepts its legal responsibility to the community and the state for the educational program of the District. The Board of Education will annually review District performance targets included in the State of the District Report. The Board may also request reports of the effectiveness of current programs and practices or other information detailing student performance. It shall consider and pass recommended courses of study, selection of textbooks, the installation of special educational or auxiliary services, and any other legally required matters.

**Pupil Welfare**: Believing that the effectiveness of the District's educational program depends to a large extent on the mental, emotional, and physical health of the individual pupil, the Board of Education recognizes its responsibility for the development of policies and procedures to guard and improve the health and safety of the children in its care, with proper regard for parental responsibilities and the financial ability of the District.

**School-Community Relations**: The Board of Education recognizes that, since the schools of the District belong to the people of the community, it is a major responsibility of the Board of Education to encourage and stimulate the community to recognize that final responsibility for its schools belongs to the community itself. In carrying out this responsibility, the Board shall aid in the development of a plan for a two-way process of communicating accurate and timely information from the schools to the people and from the people to the schools.

The Board recognizes its own particular responsibilities, both as an elected group responsible to the people of the District and as individual lay citizens, to be informed concerning the purposes, accomplishments, conditions, and needs of the District's schools.