CASE NOS. 21-55118 ; 21-55157
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

CHRISTOPHER GARNIER; KIMBERLY GARNIER,
Plaintiffs-Appellees

v.

MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE,
Defendants-Appellants

_____

CHRISTOPHER GARNIER; KIMBERLY GARNIER,
Plaintiffs-Appellants,

v.

MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE,
Defendants-Appellees;

_____

Cross Appeals from the United States District Court,
Southern District of California
The Honorable Roger T. Benitez
District Court No. 3:17-cv-02215-BEN-JLB

_____

**PLAINTIFFS/APPELLEES/CROSS-APPELLANTS CHRISTOPHER GARNIER AND KIMBERLY GARNIER'S MOTION TO TRANSFER CONSIDERATION OF ATTORNEY FEES TO DISTRICT COURT**
**[Circuit Rule 39-1.8]**

_____

\*Cory J. Briggs (SBN 176284)
BRIGGS LAW CORPORATION
99 East "C" Street, Suite 203
Upland, CA 91786
Telephone: (909) 949-7115
Email: cory@briggslawcorp.com

Attorneys for Plaintiffs and Plaintiffs/Appellees
CHRISTOPHER GARNIER AND KIMBERLY GARNIER

**TO THE COURT AND THE CLERK:**

Pursuant to Circuit Rule 39-1.8, Plaintiffs/Appellees/Cross-Appellants Christopher Garnier and Kimberly Garnier (collectively, "the Garniers") now move the Court to transfer consideration of the Garniers' forthcoming supplemental application for attorney fees (*i.e.*, fees incurred since the first fee application was submitted by them on August 24, 2022) to the District Court. The District Court previously denied the Garniers' motion for an award of attorney fees without prejudice due to the pendency of this appeal and cross-appeal. After this Court's first appellate ruling, this matter was heard by the United States Supreme Court and thereafter remanded to this Court for further consideration. This Court issued its post-remand ruling yesterday.

Because the District Court will have to consider the issue anew following remand, the Garniers believe that it would promote judicial economy and serve the interests of justice to have one comprehensive motion heard rather than having two piecemeal motions heard.

Dated: May 15, 2025.                    BRIGGS LAW CORPORATION

                              By:    s/ Cory J. Briggs

                                     Attorneys for Plaintiffs/Appellees Christopher
                                     Garnier and Kimberly Garnier