| | | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAY 15 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

CHRISTOPHER GARNIER; KIMBERLY GARNIER,

    Plaintiffs-Appellees / Cross-Appellants,

 v.

MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE,

    Defendants-Appellants / Cross-Appellees.

Nos. 21-55118
      21-55157

D.C. No. 3:17-cv-02215-BEN-JLB
Southern District of California, San Diego

ORDER

Before: BERZON, TALLMAN, and FRIEDLAND, Circuit Judges.

Plaintiffs-Appellees' motion to transfer consideration of attorneys' fees (Dkt. 81) is GRANTED. Consideration of all issues of fees connected with this appeal is transferred to the district court.