UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 05 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER GARNIER and KIMBERLY GARNIER, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF and T.J. ZANE, <br><br> Defendants - Appellants. | No. 21-55118 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |
| CHRISTOPHER GARNIER and KIMBERLY GARNIER, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF and T.J. ZANE, <br><br> Defendants - Appellees. | No. 21-55157 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB <br> U.S. District Court for Southern California, San Diego |

The judgment of this Court, entered May 14, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT